IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Thomas County

| | |
|---|---|
| JOSEPH MICHAEL KAHABKA-HOKANSON,<br><br>    Plaintiff<br><br>v.<br><br>ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant | Civil Action No. _____<br><br><br>CIVIL COMPLAINT |

Plaintiff JOSEPH MICHAEL KAHABKA-HOKANSON, by his attorneys, LAW OFFICES OF CHARLES E. BINDER AND HARRY J. BINDER, LLP respectfully alleges as a claim for relief as follows:

1.　　That this is an action in the nature of a review of the decision of the Commissioner of Social Security pursuant to Section 205 (g) of the Social Security Act, as amended, 42 U.S.C. Section 405 (g).

2.　　That the Plaintiff resides at 123 Bibb St. Pt House Thomasville, GA 31792.

3.　　That the Defendant is the Commissioner of the Social Security Administration and has full power and responsibility over the determination of Social Security Disability benefits and Supplemental Security Income payments under the Social Security Act, as amended.

4. That the Plaintiff did become disabled and unable to work on or about November 15, 2019. The Plaintiff suffers from anxiety disorder with panic disorder, depression, and posttraumatic stress disorder (PTSD).

5. That based on the Plaintiff's impairments, Plaintiff was disabled and unable to engage in substantial gainful employment for the period of on or about November 15, 2019.

6. That Plaintiff's application was denied, and he timely requested a hearing before an Administrative Law Judge.

7. That on October 24, 2023, a video hearing was held before the Administrative Law Judge Michael K. Dennard.

8. That on December 4, 2023, the decision of Administrative Law Michael K. Dennard found that the Plaintiff was not entitled to Social Security Disability benefits under Section 216(i) and 223(d) of the Social Security Act and Supplemental Security Income payments under Section 1614(a)(3)(A) of the Social Security Act.

9. That the Plaintiff filed a timely request with the Appeals Council to reconsider the unfavorable decision of Administrative Law Judge Michael K. Dennard.

10. That on February 1, 2024, the Appeals Council vacated the decision of the Administrative Law Judge and remanded the case for further proceeding.

11. That on August 30, 2024, a remand telephone hearing was held before the Administrative Law Judge David Herman.

12. That on September 17, 2024, the decision of Administrative Law David Herman found that the Plaintiff was not entitled to Social Security Disability benefits

under Section 216(i) and 223(d) of the Social Security Act and Supplemental Security Income payments under Section 1614(a)(3)(A) of the Social Security Act.

13. That the Plaintiff filed a timely request with the Appeals Council to reconsider the unfavorable decision of Administrative Law Judge David Herman.

14. That on November 21, 2024, the Appeals Council denied the request for review of the Administrative Law Judge's decision.

15. That despite medical evidence supplied to the Social Security Administration, as well as the testimony given throughout the hearing with regard to the Plaintiff's inability to engage in substantial gainful employment, the decision of the Commissioner denied the Plaintiff's applications for Social Security Disability benefits and Supplemental Security Income payments.

16. That the decision of the Administrative Law Judge affirmed by the Appeals Council was erroneous and unfounded.  That this decision is not supported by substantial evidence, such as that which was presented at the hearing on behalf of the Plaintiff.

17. That the decision of the Commissioner of Social Security is contrary to the law and its provision as found in the Social Security Act.

WHEREFORE, Plaintiff respectfully prays that:

(a) The Plaintiff need not serve a summons and complaint under Civil Rule 4 because the Court must notify the Commissioner of the commencement of the action by transmitting a Notice of Electronic Filing to the appropriate Social Security Office of General Counsel and to the United States Attorney.

   (b) The Defendant be ordered to submit a Certified Copy of the transcript of the record, including all evidence on which the findings and decisions complained of are based.

   (c) Upon such record, this Court modify the decision of the Defendant to grant the Social Security Disability benefits to the Plaintiff during the period of disability; and

   (d) For such other and further relief as this Court may deem just and proper.

Dated: January 2, 2025

/s/ Joel J. Humphries
JOEL J. HUMPHRIES
Of Counsel to
LAW OFFICES OF CHARLES E. BINDER AND HARRY J. BINDER, LLP
Attorneys for Plaintiff
The Law Office of Joel J. Humphries
235 Peachtree St. Suite 400
Atlanta, GA 30303
Phone: 833-773-4529
Fax: 888-528-5013
Email: info@joelhumphries.org
Bar #: 774153

Main Office:
LAW OFFICES OF CHARLES E. BINDER AND HARRY J. BINDER, LLP.
Attorneys for Plaintiff
485 Madison Ave., Suite 501
New York, NY 10022
Telephone: (212) 677-6801
Fax: 646-273-2196
Email: fedcourt@binderlawfirm.com

Name and Social Security Number of the worker on whose wage record the application for benefits was filed:

   Joseph Michael Kahabka Hokanson
   SSN: 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