IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER DURAND,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, JOHN DOES 1-5, and ABC CORPS 1-5,<br><br>    Defendants. | CIVIL ACTION FILE NO.: _____ |

## NOTICE OF REMOVAL

Defendant Nationwide Agribusiness Insurance Company ("Nationwide"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes this action from the State Court of Hall County, and states as follows:

1. Plaintiff filed this civil action in the State Court of Hall County, Georgia, on July 15, 2025 under the caption *Christopher Durand v. Nationwide Agribusiness Insurance Company, John Does 1-5, ABC Corps 1-5*, civil action number 2025SV001200 (the "State Court Action").

2. Nationwide was served with the above-described lawsuit on July 23, 2025 (Exhibit A.) This notice is timely filed within thirty (30) days as allowed by 28 U.S.C. § 1446(b).

3. For purposes of federal jurisdiction, Plaintiff is a citizen of Georgia, where he resides.

4. For purposes of federal jurisdiction, Nationwide is a citizen of Iowa because it is a corporation organized under the laws of Iowa with its principal place of business in Iowa.

5. For purposes of federal jurisdiction, the citizenship of Defendants John Doe 1-5 and ABC Corps 1-5 shall be disregarded. 28 U.S.C. § 1441 (b)(1) ("In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded"); *Smith v. Comcast Corp.*, 786 Fed. App'x. 935, 939 (11th Cir. 2019) ("the citizenship of fictitiously named defendants must be 'disregarded,' not discovered" (citations omitted.))

6. Complete diversity of citizenship exists between the parties.

7. The amount in controversy exceeds $75,000, exclusive of interest and costs because Plaintiff in the State Court Action seeks insurance proceeds of $149,760.99 for a claim of loss under a policy issued by Nationwide and $129,680.32 for another claim of loss under a subsequent policy issued by Nationwide, plus statutory damages of 50% as a penalty under O.C.G.A. § 33-4-6, as well as statutory attorneys' fees under O.C.G.A. § 33-4-6 in the State Court Action (*see generally*, Exhibit A, Compl.).

8.  This case is removable pursuant to 28 U.S.C. § 1441 because the United States District Court has original jurisdiction over this case by reason of diversity of citizenship pursuant to 28 U.S.C. § 1332(a).

9.  Pursuant to 28 U.S.C. § 1332(a), this Court is the United States District Court for the district and division embracing the place where the State Court Action is pending and is the appropriate court for removal pursuant to 28 U.S.C. § 1441(a).

10. Pursuant 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on Defendant is attached hereto as Exhibit A.

11. Nationwide will file a copy of this Notice of Removal with the Clerk of the State Court of Hall County, Georgia, and give prompt written notice of the filing of this Notice of Removal to counsel of record for Plaintiff as required by 28 U.S.C. § 1446(d). (Exhibit B, attached hereto).

12. WHEREFORE, Nationwide removes this matter to this Court, which now has jurisdiction over this action.

This 22nd day of August 2025.

FREEMAN MATHIS & GARY, LLP

*/s/ Jessica C. Samford*
JESSICA C. SAMFORD
Georgia Bar No. 231518
jsamford@fmglaw.com
MEREDITH FREIDHEIM
Georgia Bar No. 429343
mfreidheim@fmglaw.com

- 4 -

*Counsel for Defendant Nationwide Agribusiness Insurance Company*

100 Galleria Parkway, Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **Notice of Removal** to the clerk of court using the CM/ECF system, which will automatically send electronic mail notification and a copy of such filing to counsel of record who are CM/ECF participants.  Counsel of record are:

Ben Clary
Chattahoochee Injury Law
1447 Peachtree Street NE, Suite 540C
Atlanta, GA 30339
ben@chattinjury.com

This 22nd day of August 2025.

/s/   *Jessica C. Samford*
JESSICA C. SAMFORD
Georgia Bar No. 231518
jsamford@fmglaw.com

*Counsel for Defendant Nationwide Agribusiness Insurance Company*